UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

IN RE:

WILLIAM ALVIN LEONARD        CASE NO.: 6:16-bk-02905-RAC
*aka* WILLIAM A LEONARD        CHAPTER 7
*aka* WILLIAM LEONARD
*aka* WILLIAM ALVIN LEONARD, JR,
      Debtor(s).

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
*Subject Property: 26 HARFORD DR, CORAMNY 11727*

**COMES NOW**, SHD LEGAL GROUP P.A., attorneys for FEDERAL NATIONAL MORTGAGE ASSOCIATION, its successors and assigns, secured creditor, and party in interest, and hereby enters its appearance in the above-styled cause. Further, pursuant to Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, the undersigned hereby requests that all notices given or required to be given in this case and all papers required to be served in this case, be given and served upon the undersigned attorney.

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rule specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telegraph, telex, or otherwise, which affect or seek to affect in any way any of the above creditor's rights or interest with respect to the debtor, property or proceeds thereof which the debtor may claim an interest, or property or proceeds thereof in the possession, custody or control of the above-named creditor which debtor may seek to use or which require to seek to require any act or delivery of any property, payment or other conduct by the above-named creditor.

1441-162589
AC

In addition, it is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

SHD LEGAL GROUP P.A.
PO BOX 19519
Fort Lauderdale, FL 33318

SHD Legal Group P.A.
**Attorneys for Creditor**
PO BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax:  (954) 564-9252
E-mail: LSavastano@shdlegalgroup.com

By: /s/ Lindsey A. Savastano
Lindsey A. Savastano
Florida Bar No.57079

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, November 10, 2016, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

WILLIAM ALVIN LEONARD
*aka* WILLIAM A LEONARD
*aka* WILLIAM LEONARD
*aka* WILLIAM ALVIN LEONARD, JR
7745 WATER OAK COURT
KISSIMMEE, FL 34747
*Debtor(s)*

JOSE E LOPEZ
150 N. ORANGE AVENUE, SUITE 303
ORLANDO, FL 32801
*Attorney for Debtor(s)*

ARVIND MAHENDRU
5703 RED BUG LAKE ROAD, SUITE 284
WINTER SPRINGS, FL 32708
*Trustee*

UNITED STATES TRUSTEE- ORL 7/13
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL 32801
*U.S. Trustee*

By: /s/ Lindsey A. Savastano
Lindsey A. Savastano
Florida Bar No.57079

1441-162589
AC